■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. NATALIO PAGAN.— Motion denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JULIUS FULLER.— Motion granted insofar as to enlarge the appellant's time to procure the record on appeal and appellant's points to be served and filed to and including September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROSCOE GREEN.— Motion to dismiss appeal granted. Concur — Breitel, J. ,P., Rabin, Valente, Stevens and Bergan, JJ.

## (April 16, 1959)

### (Republished)

■ In the Matter of BERNHARLEE CORPORATION et al., Appellants, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of. New York, Respondents.— Order unanimously modified on the facts so as to fix the values for the properties designated as 28–30 (Lot 28) and 32–46 (Lot 62), West 23rd Street, Manhattan, for the tax years 1955–1956, 1956–1957 and 1957–1958 as follows: for Lot 28, Land $275,000, Building $555,000, Total $830,000; for Lot 62, Land $575,000, Building $215,000, Total $790,000. As so modified, the order is affirmed, with $20 costs and disbursements to the appellants. The values fixed by Special Term, on this record, are not justified. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of PERCY BURT, Appellant, against CITY OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ LEWIS H. GIBSON, as Administrator of the Estate of LOUISE GIBSON, Deceased, Respondent, v. JOHN T. MEEHAN, Public Administrator of Bronx County, as Administrator of the Estate of AUGUSTINE DE LANO, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ LILLIAN FREIDENREICH et al. v. HOTEL RIVERSIDE PLAZA, INC.— Application granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.